## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00090-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HUGUES BELLEVUE II,
   a/k/a "Hughes Bellevue,"

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

In or about December 2018, in the State and District of Colorado, the defendant, HUGUES BELLEVUE II, a/k/a "Hughes Bellevue," did knowingly and intentionally distribute 10 grams or more of a mixture or substance containing a detectable amount of N-(1-Phenethylpiperidin-4-yl) -N-phenylcyclopropanecarboxamide ("cyclopropyl fentanyl"), an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide ("fentanyl").

All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B).

### COUNT TWO

In or about April 2019, in the State and District of Colorado, the defendant, HUGUES BELLEVUE II, a/k/a "Hughes Bellevue," did knowingly and intentionally

distribute (i) mixtures and substances containing a detectable amount of heroin, and (ii) mixtures and substances containing a detectable amount of fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

## COUNT THREE

In or about April 2019, in the State and District of Colorado, the defendant, HUGUES BELLEVUE II, a/k/a "Hughes Bellevue," did knowingly and intentionally distribute (i) 10 grams or more of a mixture or substance containing a detectable amount of N-(1-phenethylpiperidin-4-yl)-N-phenylfuran-2-carboxamide ("furanyl fentanyl"), an analogue of fentanyl, and (ii) mixtures and substances containing a detectable amount of cyclopropyl fentanyl, an analogue of fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B).

## COUNT FOUR

In or about July 2019, in the State and District of Colorado, the defendant, HUGUES BELLEVUE II, a/k/a "Hughes Bellevue," did knowingly and intentionally distribute (i) 10 grams or more of a mixture or substance containing a detectable amount of furanyl fentanyl, an analogue of fentanyl, and (ii) mixtures and substances containing a detectable amount of fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B).

## Forfeiture Allegation

As a result of committing the violations of Title 21, United States Code, Section 841(a)(1), alleged in Counts One, Two, Three, and Four of this Indictment, the defendant, HUGUES BELLEVUE II, a/k/a "Hughes Bellevue," shall forfeit, pursuant to

Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One, Two, Three, and Four of this Indictment.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

- A. cannot be located upon the exercise of due diligence;
- B. has been transferred to sold to or deposited with a third person;
- C. has been placed beyond the jurisdiction of this Court;
- D. has been substantially diminished in value; or
- E. has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

TRUE BILL:


<u>Ink signature on file in Clerk's Office</u>
FOREPERSON


JASON R. DUNN
United States Attorney

By:   s/Andrea Surratt_____
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail: andrea.surratt@usdoj.gov
Attorney for Government

4