| | |
|---|---|
| <u>DEFENDANT:</u> | HUGUES BELLEVUE II, a/k/a "Hughes Bellevue," |
| <u>AGE/YOB</u>: | 1990 |
| <u>COMPLAINT FILED?</u> | \_\_\_x\_\_\_ Yes     _____ No |
| | If Yes, MAGISTRATE CASE NUMBER <u>20-mj-27-STV</u> |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>  \_x\_ Yes   \_\_ No | |
| If No, a new warrant is required | |
| <u>OFFENSE(S):</u> | Counts 1, 3, 4: 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) (distribution of a controlled substance) |
| | Count 2: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) (distribution of a controlled substance) |
| <u>LOCATION OF OFFENSE:</u> | Denver County, Colorado |
| <u>PENALTY:</u> | Counts 1, 3, 4: NLT 5 years' imprisonment; NMT 40 years' imprisonment; NLT 4 years' SR; NMT life SR; NMT $5,000,000 fine or twice the gain/loss from the offense; $100 SA |
| | Count 2: NMT 20 years' imprisonment; NLT 3 years' SR; NMT life SR; NMT $1,000,000 fine or twice the gain/loss from the offense; $100 SA |
| <u>AGENT:</u> | Derek Backus, USPIS |
| <u>AUTHORIZED BY:</u> | Andrea Surratt<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:    \_x\_ five days or less; \_\_\_ over five days

<u>THE GOVERNMENT</u>

\_x\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.