**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   20-cr-00090-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HUGUES BELLEVUE II,
   a/k/a "Hughes Bellevue,"

    Defendant.

---

## GOVERNMENT'S MOTION TO UNRESTRICT INDICTMENT AND CASE

    The United States of America, by and through Andrea Surratt, Assistant United States Attorney, hereby respectfully moves the Court to unrestrict the indictment and the underlying above-captioned case, except for Document #1, Attachment #1, as described below.

    In support of the request, the Government states as follows:

    1.    The defendant was charged by criminal complaint on February 24, 2020. [Dkt #1]   He was arrested on this complaint in the Southern District of California on February 25, 2020.   Because the defendant was suffering from various medical issues, he was taken to a hospital following his arrest and made his initial appearance in the Southern District of California on March 3, 2020.

    2.    On March 6, 2020, a detention hearing was held in the Southern District of California and the defendant was ordered detained as both a risk of flight and danger to

the community.   On March 12, 2020, the defendant waived his right to a preliminary hearing and identity hearing and was ordered removed to the District of Colorado.

      3.      On March 12, 2020, an indictment was returned against the defendant by a grand jury in the District of Colorado in the above-captioned case.   By operation of local rules D.C.Colo.LCrR 47.1(f)(2)(c) and (g)(1), the indictment [Dkt #7] was restricted to Level 3.   The entire case also remains restricted.   Such restriction generally serves the purpose of preventing defendants from fleeing from law enforcement and thus thwarting arrest.

      4.      The defendant is currently in the custody of the U.S. Marshals Service and is, for now, expected to make his initial appearance in the District of Colorado on Monday, March 23, 2020.   Accordingly, there is no need or justification for this matter to remain restricted.   Normally, the indictment and case would have been automatically unsealed upon the defendant's arrest, but since the defendant was arrested out-of-district, that did not occur in this case.

      5.      The Government requests that the complaint affidavit [Dkt #1, Attachment #1] remain restricted for the reasons stated in the Motion to Restrict filed on February 25, 2020 [Dkt #3].

WHEREFORE, the Government respectfully requests that the indictment and the entire above-captioned case be unrestricted, subject to the exception described in paragraph 5, *supra*.

Respectfully submitted this 19th day of March, 2020.

                      JASON R. DUNN
                      United States Attorney

By:   *s/ Andrea Surratt*
       Andrea Surratt
       Assistant United States Attorney
       1801 California Street, #1600
       Denver, Colorado 80202
       303-454-0100
       andrea.surratt@usdoj.gov