IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No.  20-cr-00090-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUGUES BELLEVUE II,
    a/k/a Hughes Bellevue,

    Defendant.

## ORDER UNRESTRICTING CASE

**Blackburn, J.**

The matter before me is **Government's Motion to Unrestrict Indictment and Case** [#9],[1] filed March 19, 2020.  After careful consideration of the motion, the record, and the apposite law, I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Government's Motion to Unrestrict Indictment and Case** [#9], is granted; and

2. That the Indictment [#7], filed March 12, 2020, is unrestricted; however, the Complaint and attachments [#1], filed February 24, 2020, remain restricted pursuant to Restricted Document [#3], filed February 25, 2020.

---

[1]  "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated March 26, 2020, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge