IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-90-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   HUGUES BELLEVUE II,
     a/k/a "Hughes Bellevue",

Defendant.

## NOTICE OF CJA COUNSEL APPEARANCE

Kevin M. McGreevy hereby enters his appearance as CJA counsel for Defendant Hugues Bellevue, II.  Pursuant to D.C.COLO.L.AttnyR 5(a)(3)(C), undersigned counsel hereby certifies that he is a member in good standing of the bar of this court.

Respectfully submitted,

*s/ Kevin M. McGreevy*
**Kevin M. McGreevy**
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:   (303) 629-9702
E-mail:  mcgreevy@ridleylaw.com
**Attorney for Defendant Hugues Bellevue, II**

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system on this 27th day of March, 2020, which will send notification of such filing to the following e-mail addresses:

Andrea Surratt, AUSA
1225 17th Street, Suite 700
Denver, Colorado  80202

                                                    *s/ Polly Ashley*
                                                    Polly Ashley