AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 APR 22  AM 10: 45

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) |
| Hugues Bellevue II a/k/a "Hughes Bellevue" | ) Case No. 20-mj-00027-STV |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* _____, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)   Possession with Intent to Distribute a Controlled Substance
21 U.S.C. § 843(b)                       Unlawful Use of a Communication Facility
21 U.S.C. §§ 846 & 841(b)(1)(B)          Conspiracy to Distribute a Controlled Substance
21 U.S.C. § 841(h)                       Use of internet to distribute a controlled substance

Date: February 24, 2020

_____
*Issuing officer's signature*
Scott T. Varholak, U.S. Magistrate Judge

City and state: Denver, CO

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/7/20, and the person was arrested on *(date)* 4/7/20 at *(city and state)* Denver, CO. |
| Date: 4/7/20 |
| _____ |
| *Arresting officer's signature* |
| Robert Salas  Deputy USM |
| *Printed name and title* |