IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00090-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. HUGUES BELLEVUE II,
   a/k/a "Hughes Bellevue",

Defendant.
_____

**NOTICE OF DISPOSITION**
_____

Notice is hereby given that a disposition has been reached in the above-captioned case.  Both parties request permission to contact chambers to schedule a change of plea hearing that accommodates the Court's calendar and those of the parties.

Respectfully submitted,

*s/ Kevin M. McGreevy*
**Kevin M. McGreevy**
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:   (303) 629-9702
E-mail:   mcgreevy@ridleylaw.com
***Attorney for Defendant Hugues Bellevue, II***

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing **NOTICE OF DISPOSITION** was electronically filed with the Clerk of the Court using the CM/ECF system on this 6th day of July, 2021, which will send electronic notification of such filing to the following parties:

Andrea Surratt, AUSA
1225 17th Street, Suite 700
Denver, Colorado 80202

                                                            *s/ Jennifer J. Feldman*