**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date: August 26, 2021
Deputy Clerk: Leigh Roberson
Court Reporter: Terri Lindblom

| | |
|---|---|
| Criminal Case No. 20-cr-90-REB | Counsel: |
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| HUGUES BELLEVUE, | Kevin McGreevy |
| Defendant. | |

## COURTROOM MINUTES

**Change of Plea Hearing**

**11:23 a.m.    Court in session.**

Appearances of counsel. Defendant is present in custody. All participants appear via video teleconference.

Defendant sworn. Court's colloquy with defendant regarding his right to appear in person. Defendant waives the right to an in-person hearing and consents to proceed by video teleconference.

The plea documents are tendered to the Court.

Court's colloquy with the defendant.

Defendant withdraws existing plea of not guilty and enters plea of guilty to Count 1 of the Indictment. Defendant admits the forfeiture allegations.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

**IT IS ORDERED:**

1. That the plea documents are admitted in evidence;

2. That formal approval of the plea agreement is deferred, pending consideration of the presentence report;

3. That the defendant's plea of guilty to Count 1 of the Indictment and admission of the forfeiture allegation are received, accepted, and approved;

4. That defendant is found guilty of the crime charged in Count 1 of the Indictment;

5. That the Probation Department shall conduct a presentence investigation and file a presentence report;

6. That defense counsel shall contact the Probation Department as soon as practicable to coordinate the defendant's participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the presentence investigation;

7. That this matter is continued to November 18, 2021, at 2:30 p.m., for sentencing, at which counsel and the defendant shall appear without further notice or order; and

8. That the defendant shall continue in the custody of the United States Marshal.

**12:15 p.m.    Court in recess.**    Hearing concluded.

Total time in court:   00:52