IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00090-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. HUGUES BELLEVUE II,
   a/k/a "Hughes Bellevue,"

        Defendant.
_____

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
_____

COMES NOW the United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Laura B. Hurd, and hereby gives notice to the Court that it will not seek a criminal order of forfeiture for the assets listed in the Plea Agreement.

DATED this 1st day of November 2021.

                                          Respectfully submitted,

                                        MATTHEW T. KIRSCH
                                        Acting United States Attorney

By:    s/Laura B. Hurd
        Laura B. Hurd
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: laura.hurd@usdoj.gov
        *Attorney for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of November 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

                                  s/ *Jasmine Zachariah*
                                  FSA Data Analyst
                                  Office of the U.S. Attorney