### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Case No. 20-cr-00090-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. HUGUES BELLEVUE II,

a/k/a/ Hughes Bellevue,

       Defendant.

_____

### DEFENDANT HUGUES BELLEVUE'S NOTICE OF SUPPLEMENTAL INFORMATION FOR SENTENCING
_____

       Hugues Bellevue, through undersigned counsel, hereby provides the attached supplemental information of Mr. Bellevue's education at the Federal Detention Center for the Court's consideration at sentencing.

       Respectfully submitted,

       RIDLEY, MCGREEVY & WINOCUR, P.C.

       *s/ Kevin M. McGreevy*
       Kevin M. McGreevy
       303 16th Street, Suite 200
       Denver, CO 80202
       Tel:  303.629.9700
       Fax:  303.629.9702
       Email: mcgreevy@ridleylaw.com
       **Attorney for Hugues Bellevue, II**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2021, I electronically filed the foregoing **DEFENDANT HUGUES BELLEVUE'S NOTICE OF SUPPLEMENTAL INFORMATION FOR SENTENCING** with the Clerk of the Court using the CM/ECF system which will send electronic notification to all counsel of record.

Andrea Surratt, AUSA
1225 17th Street, Suite 700
Denver, Colorado  80202

*s/Polly Ashley*
Polly Ashley