```
   ENGF8          *        INMATE EDUCATION DATA        *      11-04-2021
   PAGE 001 OF 001 *              TRANSCRIPT            *      10:25:59

   REGISTER NO: 92993-298     NAME..: BELLEVUE              FUNC: PRT
   FORMAT.....: TRANSCRIPT    RSP OF: ENG-ENGLEWOOD FCI

   ------------------------- EDUCATION INFORMATION -------------------------
   FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
   ENG  GED UNK   GED STATUS UNKNOWN        03-02-2020 1239 CURRENT

   ------------------------- EDUCATION COURSES -------------------------
   SUB-FACL   DESCRIPTION            START DATE  STOP DATE EVNT AC LV  HRS
   ENG DCU    GED AT THE FDC (VOLUNTARY)  04-27-2021 CURRENT
   ENG DCU    FDC ART OF CONFLICT MGMT    10-26-2021 11-02-2021  P  C  P   10
   ENG DCU    FDC ADVANCED INVESTMENTS    09-29-2021 10-12-2021  P  C  P   10
   ENG DCU    FDC OUTSMART YOURSELF       09-01-2021 09-14-2021  P  C  P   10
   ENG DCU    FDC WWII ACE                06-28-2021 07-14-2021  P  C  P   10
   ENG DCU    FDC TURNING PTS IN AM HIS II 06-16-2021 06-28-2021 P  C  P   10
   ENG DCU    FDC TURNING PTS IN AM HIS I  06-02-2021 06-16-2021 P  C  P   10
   ENG DCU    FDC CREATIVE THINKERS' TOOLKIT 05-24-2021 06-02-2021 P C P   10
   ENG DCU    FDC MAYO CLINIC DIET        05-12-2021 05-24-2021  P  C  P   10
   ENG DCU    FDC POETRY                  04-27-2021 05-12-2021  P  C  P   10
   ENG DCU    FDC ZOOLOGY                 04-27-2021 05-12-2021  P  C  P   10
   ENG DCU    FDC UNDO CRIMINAL THINKING  12-21-2020 12-28-2020  P  C  P   20
   ENG DCU    FDC 7HABITS HIGHLY EFFECT PPL 12-21-2020 12-28-2020 P C P   20
   ENG DCU    FDC ANALOGIES               10-27-2020 11-04-2020  P  C  P   10
   ENG DCU    FDC ACE WWI                 10-27-2020 11-04-2020  P  C  P   10
   ENG DCU    FDC REVOLUTIONS&ENLIGHTENMENTS 10-27-2020 11-04-2020 P C P  10
   ENG DCU    FDC IMPERIALISM&WRLD CONFLICTS 10-27-2020 11-04-2020 P C P  10
   ENG DCU    FDC PHENOMENA               10-01-2020 10-15-2020  P  C  P   10
   ENG DCU    FDC- HOME BASED BUSINESS    09-16-2020 09-23-2020  P  C  P   10
   ENG DCU    FDC ACADEMIC REFRESHER      09-16-2020 09-23-2020  P  C  P   40
   ENG DCU    FDC ART OF STORYTELLING     09-01-2020 09-16-2020  P  C  P   10
   ENG DCU    FDC STRATEGIC THINKING SKILLS 09-01-2020 09-16-2020 P C P   10
   ENG DCU    FDC SCIENCE OF RAISING KIDS II 09-01-2020 09-16-2020 P C P  10
   ENG DCU    FDC SCIENCE OF RAISING KIDS 09-01-2020 09-16-2020  P  C  P   10

   ------------------------- HIGH TEST SCORES -------------------------
   TEST       SUBTEST       SCORE     TEST DATE      TEST FACL  FORM    STATE
   TABE D     LANGUAGE      12.9      09-22-2021     ENG        9
              MATH APPL     11.3      09-22-2021     ENG        9
              MATH COMP      7.4      09-22-2021     ENG        9
              READING       12.9      09-22-2021     ENG        9




   G0000      TRANSACTION SUCCESSFULLY COMPLETED
```