IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:              November 18, 2021
Deputy Clerk:      Leigh Roberson
Court Reporter:    Terri Lindblom
Probation Officer: Michelle Sinaka

| Criminal Case No. 20-cr-90-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| HUGUES BELLEVUE, | Kevin McGreevey |
| Defendant. | |

## SENTENCING MINUTES

**2:35 p.m.    Court in session.**

Appearances of counsel. Defendant is present in custody.

The parties have received and reviewed the presentence report(s) and all addenda.

Also pending before the Court relevant to sentencing are the following:

- Defendant's Objection to the Presentence Investigative Report [ECF 38]
- Government's Notice to Court Regarding Forfeiture [ECF 40]
- Defendant's Motion for a Below Guideline or Statutory "Variant" Sentence [ECF 41]
- Defendant's Motion for Downward Departure [ECF 42]
- Government's Sentencing Statement [ECF 43]
- Government's Rule 48 Motion to Dismiss Counts [ECF 46]
- Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) [ECF 47]
- Defendant's Notice of Supplemental Information for Sentencing [ECF 48]

Statement by defense counsel.

Defendant sworn. Statement by the defendant.

Statement by government counsel.

Court's sentencing statement, findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in the plea documents is formally approved;

2. That [ECF 41] is denied in part and granted in part;

3. That [ECF 42] is denied;

4. That [ECF 46] and [ECF 47] are granted;

5. That judgment of conviction is entered on Count 1 of the Indictment;

6. That it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 84 months;

7. That upon release from imprisonment, the defendant shall be placed on supervised release for a term of four years;

8. That within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the federal district to which he is released;

9. That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release identified in the Sentencing Recommendation [ECF XX-1];

10. That no fine is imposed;

11. That the defendant shall pay forthwith a special victim's fund assessment of $100;

12. That this Court recommends that the Bureau of Prisons designate the defendant to an official detention facility which will facilitate his participation in and completion of the BOP RDAP, preferably in an official detention facility closest to San Diego, California, which would include but not be limited to FCI Terminal Island and FCI Lompoc;

13. That presentence confinement credit shall be determined by the Bureau of Prisons; and

14. That the defendant is remanded to the custody of the United States Marshal for imposition and execution of this sentence.

**3:35 p.m.     Court in recess.     Hearing concluded.**
Total time in court: 1:00